IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA

Plaintiff, Case No.: 26-mj-245

v.

MONIQUE GIGNAC-YOCHUM,

Defendant.

---

COMPLAINT FOR VIOLATION OF TITLE 18, UNITED STATES CODE, SECTION 611(a)

---

BEFORE United States Magistrate Judge
Anita Marie Boor

United States District Court
120 North Henry Street
Madison, Wisconsin 53703

The undersigned complainant being duly sworn states:

COUNT 1

On or about November 8, 2022, in the Western District of Wisconsin, the defendant,

MONIQUE R. GIGNAC-YOCHUM,

an alien, knowing she was not a United States citizen, knowingly voted in an election held in part for the purpose of electing a candidate for the offices of Member of the Senate and Member of the House of Representatives.

(In violation of Title 18, United States Code, Section 611(a)).

COUNT 2

On or about November 5, 2024, in the Western District of Wisconsin, the defendant,

MONIQUE R. GIGNAC-YOCHUM,

an alien, knowing she was not a United States citizen, knowingly voted in an election held in part for the purpose of electing a candidate for the offices of President and Vice President.

(In violation of Title 18, United States Code, Section 611(a)).

This complaint is based on the attached affidavit of Nathan A. Cravatta.

Nathan A. Cravatta
Special Agent
Homeland Security Investigations

Sworn to telephonically this 23rd day of October, 2026.

/s/ Anita Marie Boor
HONORABLE ANITA MARIE BOOR
United States Magistrate Judge

COUNTY OF DANE )
) ss
STATE OF WISCONSIN )

**AFFIDAVIT**

I, Nathan A. Cravatta, first being duly sworn under oath, hereby depose and state as follows:

1. I am an investigative or law enforcement officer of the United States, within the meaning of Section 2510(7) of Title 18, United States Code, and am empowered by law to conduct investigations of and to make arrests for offenses enumerated in Section 2516 of Title 18, United States Code.

2. I am a Special Agent with the U.S. Department of Homeland Security (DHS), Homeland Security Investigations (HSI), currently assigned to the Resident Agent in Charge (RAC) office in Milwaukee, Wisconsin. I have been a Special Agent with HSI since May 2005.

3. The facts in this affidavit come from my personal observations, my training and experience, information obtained from other agents and witnesses, and evidence collected during this investigation. This affidavit is intended to show simply that there is sufficient probable cause for the requested complaint and does not set forth all of my knowledge about this matter.

4. At all times relevant to this Complaint:

a. A United States citizen is a native of the United States; a person naturalized in the United States; or a person who derived U.S. citizenship (from one or both parents); and who owes allegiance to

the United States, and is entitled to its full rights, privileges, and protection.

b. An alien is any person not a citizen or national of the United States. This includes lawful permanent residents.

c. A lawful permanent resident (LPR) is an alien who had been conferred permanent resident status in the United States (colloquially known as a "Green Card" holder).

d. To register to vote in the State of Wisconsin, an applicant is required to certify that they meet certain eligibility requirements, including that he/she is a United States citizen at the time of registration.

e. Monique GIGNAC-YOCHUM (GIGNAC-YOCHUM) has been a Lawful Permanent Resident of the United States since February 2012. She is a citizen of Canada, and was until recently residing in Hayward, Wisconsin.

5. GIGNAC-YOCHUM registered to vote in Wisconsin on April 3, 2018. On the registration application, GIGNAC-YOCHUM falsely indicated and certified that she was a United States citizen. Upon submitting the registration form, GIGNAC-YOCHUM could vote in Wisconsin state, local, and federal elections.

6. During my investigation, I reviewed voter records from the Wisconsin Elections Commission (WEC) and the clerk's office from the Town of Bass Lake, which

revealed that GIGNAC-YOCHUM voted absentee in several Wisconsin elections, including:

a. The general election held on or about November 8, 2022. This election was held in part for the purpose of electing a Member of the U.S. House of Representatives and a Member of the U.S. Senate.

b. The general election held on or about November 5, 2024. This election was held in part for the purpose of electing the Vice President and President of the United States.

7. For both these elections, GIGNAC-YOCHUM submitted her absentee ballot to the Town of Bass Lake, which was her designated voting ward.

8. In September 2026 an HSI Special Agent conducted a *Mirandized* interview of GIGNAC-YOCHUM. During the interview GIGNAC-YOCHUM admitted to voting in several Wisconsin elections. She stated that she did not have a specific memory of voting in the November 2024 presidential election but indicated that she probably did vote.

9. Bass Lake and Hayward are located in the Western District of Wisconsin.

10. Based on the above, I submit there is probable cause to believe that on or about November 8, 2022, and November 5, 2024, GIGNAC-YOCHUM violated Title 18, United States Code, Section 611(a). Accordingly, I respectfully request the Court issue a complaint charging GIGNAC-YOCHUM with those crimes.

______________________________

Nathan A. Cravatta
Special Agent
Homeland Security Investigations

Sworn to telephonically this 23rd day of October, 2026.

/s/ Anita Marie Boor

Honorable Anita Marie Boor
United States Magistrate Judge